## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALVARO CORNEJO HERNANDEZ,      :
    Petitioner      :
          :      No. 1:19-cv-344
v.      :
          :      (Judge Kane)
WARDEN CLAIR DOLL,      :
    Respondent      :

## <u>ORDER</u>

**AND NOW**, this 24th day of May 2019, in accordance with the Memorandum issued

concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania